UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ELLIS,<br><br>    Plaintiff,<br><br>  v.<br><br>F. FOULK, Warden, et al.,<br><br>    Defendants. | No. 2:14-cv-0802 AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se, and in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). Plaintiff has consented to the jurisdiction of the magistrate judge. ECF No. 7.

Upon further review of the record, it appears that plaintiff is statutorily precluded from proceeding in forma pauperis, because he has:

> on 3 or more prior occasions, while incarcerated . . ., brought an action . . . in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted.

See 28 U.S.C. § 1915(g).

The prior cases are: Ellis v. Runnels, 2:06-cv-0040-FCD-EFB, ECF No. 22 (E.D. Cal. May 16, 2007) (failure to state a claim: challenge to prison regulation that prohibited prisoners

1

from having images depicting female frontal nudity); <u>Ellis v. Reddy (Doctor)</u>, 2:11-cv-0363-GEB-CKD, ECF No. 27 (E.D. Cal. Dec. 16, 2011) (failure to state a claim: asserting inadequate medical treatment and failure to refer to outside doctor); <u>Ellis v. Faulk</u>, 2:13-cv-2197-CKD, ECF No. 11 (E.D. Cal. Feb. 18, 2014) (frivolous and failure to state a claim: challenge to prison policy banning hair trimmers, nail clippers, and cream-filled pastries and cookies); and <u>Ellis v. Bergsen</u>, 2:14-cv-0705-EFB, ECF No. 8 (E.D. Cal. Jul. 25, 2014) (failure to state a claim: challenge to prison guard's confiscation of plaintiff's "adult magazine").

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's IFP status is REVOKED as improvidently granted, and plaintiff is barred from proceeding in forma pauperis in this action pursuant to the three strikes provision of 28 U.S.C. § 1915(g);

2. Plaintiff is directed to pay the filing fee in full within twenty-eight days of the date of this order; and

3. Absent timely payment of the filing fee, this case will be dismissed.

DATED: December 23, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE