UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ELLIS,<br><br>        Plaintiff,<br><br>   v.<br><br>F. FOULK, et al.,<br><br>        Defendants. | No. 2:14-cv-0802 AC P<br><br><br>ORDER |

     Plaintiff, a state prison proceeding without counsel, seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a). ECF No. 7. By order filed August 5, 2015, plaintiff's second amended complaint was dismissed and he was granted thirty days to file a third amended complaint. ECF No. 16. Thirty days from that date have now passed and plaintiff has not filed an amended complaint or otherwise responded to the court's order. Accordingly, IT IS HEREBY ORDERED that plaintiff shall file a third amended complaint within thirty days of the filing of this order. Failure to file a third amended complaint in accordance with this order will result in dismissal of this action.

DATED: September 23, 2015

                                            ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE