UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROBERT ELLIS, | No. 2:14-cv-0802 AC P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| F. FOULK, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding without counsel, seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a). ECF No. 7. By order filed August 5, 2015, plaintiff's second amended complaint was dismissed and he was granted thirty days to file an amended complaint. ECF No. 16. After the thirty day period had passed without any response from plaintiff, another order issued directing plaintiff to file his third amended complaint within thirty days or face dismissal of this action. ECF No. 17. Thirty days have passed and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

////

////

////

1       Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

2 See Local Rule 110; Fed. R. Civ. P. 41(b).

3 DATED: November 9, 2015

4                                                   _____

                                                  ALLISON CLAIRE

5                                                   UNITED STATES MAGISTRATE JUDGE