UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ELLIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>F. FOULK, et al.,<br><br>　　　　Defendants. | No. 2:14-cv-0802 AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. This action was dismissed without prejudice on November 9, 2015, after plaintiff failed to file a third amended complaint. ECF No. 18. The court now has before it plaintiff's third amended complaint, filed November 18, 2015.[1] ECF No. 20.

On August 5, 2015, the court screened plaintiff's second amended complaint and dismissed it with leave to amend. ECF No. 16. Plaintiff was given thirty days from the filing of the screening order to file a third amended complaint. Id. On September 24, 2015, the court issued an order finding that plaintiff had failed to file a third amended complaint within the thirty day period. ECF No. 17. Plaintiff was advised that he had an additional thirty days to file his third amended complaint and that failure to comply would result in dismissal of his case. Id. On

---

[1] Since plaintiff is proceeding pro se, he is afforded the benefit of the prison mailbox rule. See Houston v. Lack, 487 U.S. 266, 276 (1988).

1

November 9, 2015, the court found that plaintiff had again failed to file an amended complaint within the time provided or otherwise respond to the court's orders. ECF No. 18. This action was therefore dismissed without prejudice. Id. Final judgment was entered on November 9, 2015. ECF No. 19. On November 18, 2015, plaintiff filed a third amended complaint. ECF No. 20.

The third amended complaint filed by plaintiff neither offers an explanation for its untimeliness nor addresses the Heck[2] bar outlined in the August 5, 2015 screening order. Plaintiff has provided no basis for relief for judgment. Accordingly, IT IS HEREBY ORDERED that plaintiff's third amended complaint will be disregarded and this action shall remain closed.

DATED: November 30, 2015

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[2] See Heck v. Humphrey, 512 U.S. 477 (1994).