UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. ELLIS,<br><br>    Plaintiff,<br><br>    v.<br><br>F. FOULK, et al.,<br><br>    Defendants. | No. 2:14-cv-0802 AC P<br><br><br>ORDER |

    This case was closed and judgment was entered on November 9, 2015. ECF Nos. 18, 19. Plaintiff has now filed a letter in which he requests that the Clerk of the Court stop deducting money from his trust account for the filing fee and reimburse the money withdrawn to date. ECF No. 23 at 1-2. Plaintiff seems to argue that he should not be charged a filing fee because his in forma pauperis status was reinstated. Id. However, 28 U.S.C. § 1915(b) requires that a prisoner-plaintiff pay the entire filing fee regardless of whether he is granted in forma pauperis status. The granting of in forma pauperis status means only that plaintiff is permitted to pay the fee in increments, rather than in full at the beginning of the case.

////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's request to refund his partial payment of the filing fee and cease further withdrawals (ECF No. 23) is denied.

DATED: April 23, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE