UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. ELLIS, | No. 2:14-cv-0802 AC P |
| Plaintiff, | |
| v. | ORDER |
| F. FOULK, et al., | |
| Defendants. | |

This civil rights action was closed and judgment was entered on November 9, 2015. ECF Nos. 18, 19. Plaintiff has now filed two letters requesting that the Clerk of the Court stop deducting money from his trust account for the filing fee and reimburse the money withdrawn to date. ECF Nos. 25, 26. The court has already explained to plaintiff that 28 U.S.C. § 1915(b) requires him to pay the entire filing fee regardless of whether he was granted leave to proceed in forma pauperis. ECF No. 24.

Accordingly, IT IS HEREBY ORDERED that plaintiff's requests for a refund and to cease further withdrawals (ECF Nos. 25, 26) are denied. Any further documents filed by plaintiff will be disregarded and no orders will issue in response to future filings.

DATED: August 27, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE